**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Antara Systems, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  JimDi Plastics** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-5015736** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**5375 Edgeway Drive**
**Allendale, MI 49401**
Number, Street, City, State & ZIP Code

P.O. Box, Number, Street, City, State & ZIP Code

**Ottawa**
County

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.jimdiplastics.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor    **Antara Systems, LLC**                                          Case number (*if known*) _____
          Name

**7.**  **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, follow the procedure in 11 U.S.C. § 1116(1)(B), or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**   ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor    **Antara Systems, LLC**                                    Case number (*if known*) _____
Name

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,000 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,000 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor  **Antara Systems, LLC**                                        Case number (*if known*) _____
     Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Antara Systems, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 22, 2021**
　　　　　　　 MM / DD / YYYY

**X** **/s/ Reed E. Lawrie**                                    **Reed E. Lawrie**
Signature of authorized representative of debtor          Printed name

Title   **Managing Member**

**18. Signature of attorney**

**X** **/s/ A. Todd Almassian**              Date **February 22, 2021**
Signature of attorney for debtor                      MM / DD / YYYY

**A. Todd Almassian P55467**
Printed name

**Keller & Almassian, PLC**
Firm name

**230 East Fulton**
**Grand Rapids, MI 49503**
Number, Street, City, State & ZIP Code

Contact phone   **616-364-2100**        Email address   **ecf@kalawgr.com**

**P55467 MI**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Antara Systems, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 22, 2021**         *X* **/s/ Reed E. Lawrie**
                                               Signature of individual signing on behalf of debtor

                                               **Reed E. Lawrie**
                                               Printed name

                                               **Managing Member**
                                               Position or relationship to debtor

| Fill in this information to identify the case: |
|---|

| Debtor name | **Antara Systems, LLC** |
|---|---|
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF MICHIGAN** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **U.S. Small Business Admin Michigan District Office 477 Michigan Ave, Room 515 Detroit, MI 48226** | **Mark Sophiea** mark.sophiea@sba.gov | **All asset lien** | | $457,500.00 | $1,777,832.00 | $457,500.00 |
| **TCF, N.B. 333 East Main Street Midland, MI 48640** | **Margaret Dunham** Margaret.Dunham@tcfbank.com | **All Asset Lien Secured as to value of assets** | | $2,225,918.43 | $1,777,832.00 | $448,086.43 |
| **TCF, N.B. 333 East Main Street Midland, MI 48640** | **Margaret Dunham** Margaret.Dunham@tcfbank.com | **All Asset Lien Deficiency Balance** | | $314,645.85 | $1,777,832.00 | $314,645.85 |
| **JimDi Receivables, Inc. c/o Timothy A. Hoesch, Esq. Hoesch & Vander Ploeg, PLC 51 East Main Avenue Zeeland, MI 49464** | **Timothy A. Hoesch** tim@hvplaw.com (616) 772-5221 | **All Asset Lien** | | $200,000.00 | $1,777,832.00 | $200,000.00 |
| **Chase Plastics 6467 Waldon Center Drive Clarkston, MI 48346** | (800) 232-4273 | **Supplier** | | | | $145,381.81 |
| **Buckeye Polymers, Inc. 104 Lee Street Lodi, OH 44254** | | **Supplier** | | | | $134,029.06 |
| **Nexeo Solutions PO Box 74007392 Chicago, IL 60674** | | **Supplier** | | | | $127,604.79 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Antara Systems, LLC** | Case number *(if known)* | |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Rowland Mold & Machine** <br> **9395 Henry Court** <br> **Zeeland, MI 49464** | | **Supplier** | | | | **$113,159.51** |
| **AMCO Plastic Materials, Inc.** <br> **PO Box 935387** <br> **Atlanta, GA 31193** | | **Supplier** | | | | **$76,345.29** |
| **Enpol Engineering Resins** <br> **6050 Peachtree Parkway** <br> **Suite 240-211** <br> **Norcross, GA 30092** | | **Supplier** | | | | **$65,938.64** |
| **Mall City Containers** <br> **PO Box 69** <br> **Kalamazoo, MI 49004** | | **Supplier** | | | | **$63,125.55** |
| **Vortec Tooling Solutions** <br> **201 W. Washington Ave** <br> **Zeeland, MI 49464** | | **Supplier** | | | | **$55,724.41** |
| **Top One Mould** <br> **Room 1701/1702, Building B** <br> **Tianxia Internation Center** <br> **Taoyuan Road, Nanshan District** <br> **Shenzhen City, Guangdong China** | | **Supplier** | | | | **$48,890.00** |
| **Trans Overseas** <br> **PO Box 847** <br> **Taylor, MI 48180** | | **Supplier** | | | | **$45,889.30** |
| **Marval Industries, Inc.** <br> **315 Hoyt Ave** <br> **Mamaroneck, NY 10543** | | **Supplier** | | | | **$44,955.00** |
| **Consumers Energy** <br> **PO Box 74309** <br> **Cincinnati, OH 45274-0309** | | **Services** | | | | **$24,183.39** |
| **Priority Health** <br> **1231 E. Beltline NE** <br> **Grand Rapids, MI 49525** | | **Services** | | | | **$20,705.04** |
| **M. Holland Company** <br> **75 Remittance Drive** <br> **Suite 6498** <br> **Chicago, IL 60675** | | **Supplier** | | | | **$20,240.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Antara Systems, LLC**                                    Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Radici Plastics USA Inc.**<br>**960 Seville Road**<br>**Wadsworth, OH 44281** | | **Supplier** | | | | $19,393.37 |
| **Plastic Selection Group**<br>**651-G Lakeview Plaza**<br>**Columbus, OH 43085** | | **Supplier** | | | | $12,960.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Antara Systems, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................    $      **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................    $      **2,112,129.13**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................    $      **2,112,129.13**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $      **3,198,064.28**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $      **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$      **1,194,632.15**

4.    **Total liabilities** ......................................................................................................
    Lines 2 + 3a + 3b    $      **4,392,696.43**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Antara Systems, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**　　**Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **TCF** | **Deposit/General Account** | 6030 | $21,261.46 |
| 3.2. | **TCF** | **Payroll Account** | 8670 | $127,614.44 |
| 3.3. | **TCF** | **Savings Account** | | $115,684.79 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$264,560.69

**Part 2:**　　**Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Antara Systems, LLC**                                    Case number *(If known)* _____
            Name

| 8.1. | **Keller & Almassian, PLC IOLTA - Attorney Fees** | $33,542.50 |
| 8.2. | **Gantry Business Solutions, LLC IOLTA- Financial Advisors** | $41,689.70 |
| 8.3. | **Pre-paid tooling** | $28,897.31 |
| 8.4. | **Pre-paid insurance costs** | $12,936.64 |
| 8.5. | **Pre-payments on molds** | $10,000.00 |

| 9. | **Total of Part 2.** | $127,066.15 |
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:**  **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.  **Accounts receivable**

| 11a. 90 days old or less: | **731,102.69** | - | **0.00** | = .... | $731,102.69 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **75,605.60** | - | **0.00** | =.... | $75,605.60 |
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $806,708.29 |
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

Debtor    **Antara Systems, LLC**                    Case number *(If known)* _____
Name

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials<br>**Raw Materials Inventory** | **1/2021** | **$444,651.55** | **FMV** | **$400,186.00** |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale**<br>**Finished Goods Inventory** | **1/2021** | **$231,780.90** | **FMV** | **$208,603.00** |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.                    | **$608,789.00** |

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes. Book value    ___100,000.00___   Valuation method    ___Current Value___   Current Value   ___100,000.00___

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture<br>**Office Furniture** | **$5,000.00** | **FMV** | **$500.00** |
| 40. Office fixtures<br>**Office fixtures** | **$3,000.00** | **FMV** | **$250.00** |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Office Equipment, Software, Computers** | **$5,000.00** | **FMV** | **$100.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Antara Systems, LLC**                                    Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| Printer Lease | $0.00 | N/A | $1.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**    $851.00
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2001 GMC Savana** | $3,000.00 | FMV | $500.00 |
| 47.2.  **2012 International Scout** | $22,500.00 | FMV | $3,650.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Plastic Injection Machines, secondary support equipment** | $916,688.54 | FMV | $300,000.00 |

51. **Total of Part 8.**    $304,150.00
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Antara Systems, LLC**                                              Case number *(If known)* _____
_____
Name

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **5375 Edgeway Allendale, MI 49401** | **Tenant** | **$0.00** | **N/A** | **$0.00** |

56.    **Total of Part 9.**                                                                                                    **$0.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** **https://www.jimdiplastics.com/** | **$0.00** | **N/A** | **$1.00** |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** **Customer List** | **$0.00** | **N/A** | **$1.00** |
| 64.    **Other intangibles, or intellectual property** **Assumed Name: JIMDI Plastics** | **$0.00** | **N/A** | **$1.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Antara Systems, LLC**                                          Case number *(If known)*  _____
_____
Name

65.   **Goodwill**

66.   **Total of Part 10.**                                                          | **$3.00** |

Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☑ No
☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |

70.   **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |

71.   **Notes receivable**
Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Potential lawsuit against Jimdi Receivables**                                          | **$1.00** |

| Nature of claim | **Potential breach of contract, possible misrepresentation** |
| Amount requested | **$0.00** |

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.   **Total of Part 11.**                                                          | **$1.00** |

Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor    **Antara Systems, LLC**
_____    Case number _(If known)_ _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1_ | $264,560.69 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $127,066.15 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $806,708.29 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $608,789.00 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $851.00 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $304,150.00 | |
| 88. **Real property.** _Copy line 56, Part 9_...................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $3.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $1.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,112,129.13 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,112,129.13 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Antara Systems, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | JimDi Receivables, Inc. | | |
|---|---|---|---|

Creditor's Name

**c/o Timothy A. Hoesch, Esq.**
**Hoesch & Vander Ploeg, PLC**
**51 East Main Avenue**
**Zeeland, MI 49464**

Creditor's mailing address

**tim@hvplaw.com**

Creditor's email address, if known

Date debt was incurred
**1/29/2019-**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All Asset Lien**                                    $200,000.00        $1,777,832.00

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**
☐ No
☑ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | TCF, N.B. | | |
|---|---|---|---|

Creditor's Name

**333 East Main Street**
**Midland, MI 48640**

Creditor's mailing address

**Margaret.Dunham@tcfbank .com**

Creditor's email address, if known

Date debt was incurred
**12/20/2018-**

Last 4 digits of account number
**3534**

**Describe debtor's property that is subject to a lien**
**All Asset Lien**                                    $2,225,918.43       $1,777,832.00
**Secured as to value of assets.**

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor    **Antara Systems, LLC**                                    Case number (if known) _____
_____
          Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.3 | **TCF, N.B.** | Describe debtor's property that is subject to a lien | $314,645.85 | $1,777,832.00 |
|---|---|---|---|---|

Creditor's Name

**333 East Main Street**
**Midland, MI 48640**
_____
Creditor's mailing address

**All Asset Lien**

**Margaret.Dunham@tcfbank**
**.com**
_____
Creditor's email address, if known

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
**12/20/2018-**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3542**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **U.S. Small Business Admin** | Describe debtor's property that is subject to a lien | $457,500.00 | $1,777,832.00 |
|---|---|---|---|---|

Creditor's Name

**Michigan District Office**
**477 Michigan Ave, Room**
**515**
**Detroit, MI 48226**
_____
Creditor's mailing address

**All asset lien**

**Describe the lien**
**PPP Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**mark.sophiea@sba.gov**
_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/2021-**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$3,198,064.28** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor    **Antara Systems, LLC**
_____    Case number (*if known*) _____
          Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Michael L. Shiparski**<br>**Assistant US Attorney**<br>**PO Box 208**<br>**Grand Rapids, MI 49501** | Line  **2.2** | |
| **Michael L. Shiparski**<br>**Assistant US Attorney**<br>**PO Box 208**<br>**Grand Rapids, MI 49501** | Line  **2.3** | |
| **U.S. Small Business Admin**<br>**Michigan District Office**<br>**477 Michigan Ave, Room 515**<br>**Detroit, MI 48226** | Line  **2.2** | |
| **U.S. Small Business Admin**<br>**Michigan District Office**<br>**477 Michigan Ave, Room 515**<br>**Detroit, MI 48226** | Line  **2.3** | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name  **Antara Systems, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
| --- | --- | --- |

| 3.1 | Nonpriority creditor's name and mailing address<br>**2K Tool LLC**<br>**3025 Madison Ave SE**<br>**Grand Rapids, MI 49548**<br><br>Date(s) debt was incurred  **2021-**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Supplier**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $2,040.00 |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Aardvark Pest Management**<br>**2925 Remico SW,  Suite B**<br>**Grandville, MI 49418**<br><br>Date(s) debt was incurred  **2020-**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $196.00 |
| 3.3 | Nonpriority creditor's name and mailing address<br>**Advantage Industries**<br>**2196 Port Sheldon Road**<br>**Jenison, MI 49428**<br><br>Date(s) debt was incurred  **2020-**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Supplier**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $12,800.00 |
| 3.4 | Nonpriority creditor's name and mailing address<br>**Advantage Label & Packaging**<br>**5575 Executive Parkway**<br>**Grand Rapids, MI 49512**<br><br>Date(s) debt was incurred  **2020-**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $2,592.01 |

| Debtor | **Antara Systems, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,470.00** |
|---|---|---|---|

**AIC Equipment & Controls**
PO Box 675247
Detroit, MI 48267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-**

Basis for the claim:  **Supplier**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,252.44** |
|---|---|---|---|

**Airgas Safety**
PO Box 734445
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Basis for the claim:  **Supplier**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,847.75** |
|---|---|---|---|

**AJ Pallets**
9471 Henry Court
Zeeland, MI 49464

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Basis for the claim:  **Supplier**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,149.13** |
|---|---|---|---|

**All Phase Hydraulics & Machine**
3364 Quincy
Hudsonville, MI 49426

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-**

Basis for the claim:  **Supplier**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$201.98** |
|---|---|---|---|

**All-Pro Plumbing**
292 Main Street
Coopersville, MI 49404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-**

Basis for the claim:  **Services**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6.05** |
|---|---|---|---|

**Allendale Auto Supply, Inc.**
5959 Collections Center
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-**

Basis for the claim:  **Supplier**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$671.34** |
|---|---|---|---|

**Allendale True Value Hardware**
5425 Lake Michigan Drive
Allendale, MI 49401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-**

Basis for the claim:  **Supplier**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Antara Systems, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,602.75** |
|---|---|---|---|

**Amazon Business**
PO Box 035184
Seattle, WA 98124

Date(s) debt was incurred **2020-**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Charge Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$76,345.29** |
|---|---|---|---|

**AMCO Plastic Materials, Inc.**
PO Box 935387
Atlanta, GA 31193

Date(s) debt was incurred **2020-**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,769.86** |
|---|---|---|---|

**Angola Wire Products**
803 Wohlert Street
Angola, IN 46703

Date(s) debt was incurred **2020-**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,238.80** |
|---|---|---|---|

**Arvron, Inc.**
4720 Clay Ave SW
Grand Rapids, MI 49548

Date(s) debt was incurred **2020-**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,373.00** |
|---|---|---|---|

**Axis Connect**
1 Chisholm Trail Road
Suite 450
Round Rock, TX 78681

Date(s) debt was incurred **2021-**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$690.00** |
|---|---|---|---|

**Bigelow Outdoor Services**
PO Box 27
Coopersville, MI 49404

Date(s) debt was incurred **2020-**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,478.12** |
|---|---|---|---|

**Bouwhuis Supply, Inc.**
4790 Boyd Ave NE
Grand Rapids, MI 49525

Date(s) debt was incurred **2020-**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor  **Antara Systems, LLC**
_____
Name

Case number (if known) _____

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $452.71 |
|---|---|---|---|

**Bravo Systems, Inc.**
**300 ED LeBoeuf Drive**
**Battle Creek, MI 49037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Basis for the claim:  **Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,466.72 |
|---|---|---|---|

**Broadmoor Products, Inc.**
**4201 Brockton Drive SE**
**Grand Rapids, MI 49512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Basis for the claim:  **Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134,029.06 |
|---|---|---|---|

**Buckeye Polymers, Inc.**
**104 Lee Street**
**Lodi, OH 44254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Basis for the claim:  **Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $518.00 |
|---|---|---|---|

**Certified Scales**
**4370 Chicago Drive, Suite B**
**PMB #134**
**Grandville, MI 49418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145,381.81 |
|---|---|---|---|

**Chase Plastics**
**6467 Waldon Center Drive**
**Clarkston, MI 48346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Basis for the claim:  **Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132.00 |
|---|---|---|---|

**Choice Mold Components Inc.**
**44383 Reynolds Drive**
**Clinton Township, MI 48036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-**

Basis for the claim:  **Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,967.18 |
|---|---|---|---|

**Chroma Color Corporation**
**PO Box 734198**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

Basis for the claim:  **Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Antara Systems, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,617.87** |
|---|---|---|---|

**Cintas Corporation #301**
PO Box 630910
Cincinnati, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Supplier**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$871.53** |
|---|---|---|---|

**Cintas First Aid and Safety**
PO Box 631025
Cincinnati, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Supplier**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,762.00** |
|---|---|---|---|

**Classic Die, Inc.**
610 Plymouth Ave NE
Grand Rapids, MI 49505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Supplier**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,183.39** |
|---|---|---|---|

**Consumers Energy**
PO Box 74309
Cincinnati, OH 45274-0309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,700.00** |
|---|---|---|---|

**Crafted Plastics**
PO Box 327
Sheboygan, WI 53082

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Supplier**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,436.55** |
|---|---|---|---|

**Crystal Flash**
PO Box 1804
Grand Rapids, MI 49501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim: **Services**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$94.00** |
|---|---|---|---|

**Discount Lock & Door**
1382 Baldwin Street
Jenison, MI 49428

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Basis for the claim: **Services**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Antara Systems, LLC**
_____
Name

Case number (*if known*) _____

| | | |
|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$340.08** |

**EGL Tech, Inc.**
**144 Coolidge Ave, Suite 20**
**Holland, MI 49423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-**

**Basis for the claim:  Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$280.56** |
|---|---|---|---|

**Engineered Protection Systems**
**750 Front Ave NW**
**Suite 300**
**Grand Rapids, MI 49504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

**Basis for the claim:  Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,938.64** |
|---|---|---|---|

**Enpol Engineering Resins**
**6050 Peachtree Parkway**
**Suite 240-211**
**Norcross, GA 30092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

**Basis for the claim:  Supplier**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$880.00** |
|---|---|---|---|

**Global Shop**
**PO Box 840929**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

**Basis for the claim:  Supplier**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,030.00** |
|---|---|---|---|

**Great Lakes Landscapes, LLC**
**9651 42nd Ave**
**Jenison, MI 49428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-**

**Basis for the claim:  Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,350.00** |
|---|---|---|---|

**Haven Metrology**
**1305 Wohlert Street**
**PO Box 246**
**Angola, IN 46703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

**Basis for the claim:  Supplier**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,900.00** |
|---|---|---|---|

**HD Tooling & Product Ltd**
**Units 1 & 2**
**Dunswell Road**
**Cottingham**
**HU16 4JT**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-**

**Basis for the claim:  Supplier**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Antara Systems, LLC**                                        Case number (if known) _____

_____
Name

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,950.20 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**3.40**   Nonpriority creditor's name and mailing address

**Herman Miller**
**22764 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,950.20**

---

**3.41**   Nonpriority creditor's name and mailing address

**Hi-Grade Fasteners, Inc.**
**PO Box 134**
**Coopersville, MI 49404**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,514.09**

---

**3.42**   Nonpriority creditor's name and mailing address

**Holland, Inc.**
**27052 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred  **2021-**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

**$543.91**

---

**3.43**   Nonpriority creditor's name and mailing address

**Integrity Business Solutions**
**6548 Schamber Drive**
**Muskegon, MI 49444**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,346.26**

---

**3.44**   Nonpriority creditor's name and mailing address

**IPEG, Inc.**
**PO Box 644537**
**Pittsburgh, PA 15264**

Date(s) debt was incurred  **2021-**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$748.00**

---

**3.45**   Nonpriority creditor's name and mailing address

**KCL Group Benefits**
**PO Box 219846**
**Kansas City, MO 64121**

Date(s) debt was incurred  **2021-**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,519.13**

---

**3.46**   Nonpriority creditor's name and mailing address

**Lift Tech, Inc.**
**PO Box 9738**
**Wyoming, MI 49509**

Date(s) debt was incurred  **2021-**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,522.02**

---

Debtor    **Antara Systems, LLC**
_____
Name                                              Case number (if known) _____

| | |
|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address** |

**Lyden Oil Company**
**16275 National Parkway**
**Lansing, MI 48906**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$1,759.81**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address** |

**M. Holland Company**
**75 Remittance Drive**
**Suite 6498**
**Chicago, IL 60675**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$20,240.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.49 | **Nonpriority creditor's name and mailing address** |

**Mall City Containers**
**PO Box 69**
**Kalamazoo, MI 49004**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$63,125.55**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address** |

**Marval Industries, Inc.**
**315 Hoyt Ave**
**Mamaroneck, NY 10543**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$44,955.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.51 | **Nonpriority creditor's name and mailing address** |

**Med-1 Breton**
**PO Box 3319**
**Grand Rapids, MI 49501**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$233.32**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address** |

**Med-1 Leonard**
**PO Box 3320**
**Grand Rapids, MI 49501**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$3,743.68**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address** |

**Multi Packaging Solutions**
**75 Remittance Drive**
**Suite 3111**
**Chicago, IL 60675**

Date(s) debt was incurred  **2021-**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$227.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ☑ No ☐ Yes

Debtor     **Antara Systems, LLC**
_____    Case number (if known) _____
Name

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$127,604.79** |
|------|------|------|------|

**Nexeo Solutions**
PO Box 74007392
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

**Basis for the claim:** **Supplier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,360.00** |
|------|------|------|------|

**Pac CNC, Inc.**
4045 Remembrance Road NW
Grand Rapids, MI 49534

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

**Basis for the claim:** **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,432.93** |
|------|------|------|------|

**PCS Company**
Dept. 771831
PO Box 77000
Detroit, MI 48277

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

**Basis for the claim:** **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$943.20** |
|------|------|------|------|

**People Link Staffing**
Dept CH 16410
Palatine, IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

**Basis for the claim:** **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$889.84** |
|------|------|------|------|

**Plastic Process Equipment, Inc**
PO Box 670425
Northfield, OH 44067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

**Basis for the claim:** **Supplier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,960.00** |
|------|------|------|------|

**Plastic Selection Group**
651-G Lakeview Plaza
Columbus, OH 43085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

**Basis for the claim:** **Supplier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,781.88** |
|------|------|------|------|

**Potluck Pick-up, Inc.**
PO Box 507
Allendale, MI 49401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020-**

**Basis for the claim:** **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Antara Systems, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,025.91** |
|---|---|---|---|

**Precision Color Compounds**
**2617 Meyer Road**
**Fort Wayne, IN 46803**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,705.04** |
|---|---|---|---|

**Priority Health**
**1231 E. Beltline NE**
**Grand Rapids, MI 49525**

Date(s) debt was incurred  **2021-**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,273.00** |
|---|---|---|---|

**Priority One Payroll Service**
**PO Box 320**
**Zeeland, MI 49464**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$171.00** |
|---|---|---|---|

**Protech Heating & Cooling**
**4065 Remembrance Road NW**
**Grand Rapids, MI 49534**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,393.37** |
|---|---|---|---|

**Radici Plastics USA Inc.**
**960 Seville Road**
**Wadsworth, OH 44281**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$113,159.51** |
|---|---|---|---|

**Rowland Mold & Machine**
**9395 Henry Court**
**Zeeland, MI 49464**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$502.25** |
|---|---|---|---|

**Safety Services, In.c**
**PO Box 3539**
**Kalamazoo, MI 49003**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Antara Systems, LLC**

      Name

Case number (*if known*) _____

| | | |
|---|---|---|
| 3.68 | **Nonpriority creditor's name and mailing address**<br>**Sawyer Engineering**<br>**4090 Chicago Drive**<br>**Hudsonville, MI 49426**<br><br>Date(s) debt was incurred  **2020-**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$598.77** |

| | | |
|---|---|---|
| 3.69 | **Nonpriority creditor's name and mailing address**<br>**Shoreline Container**<br>**PO Box 772340**<br>**Detroit, MI 48277**<br><br>Date(s) debt was incurred  **2020-**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Supplier**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,409.10** |

| | | |
|---|---|---|
| 3.70 | **Nonpriority creditor's name and mailing address**<br>**Shuman Plastics**<br>**35 Neoga Street**<br>**Buffalo, NY 14043**<br><br>Date(s) debt was incurred  **2021-**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Supplier**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$856.50** |

| | | |
|---|---|---|
| 3.71 | **Nonpriority creditor's name and mailing address**<br>**Smart Business Source**<br>**1940 Northwood Drive**<br>**Troy, MI 48084**<br><br>Date(s) debt was incurred  **2020-**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,638.56** |

| | | |
|---|---|---|
| 3.72 | **Nonpriority creditor's name and mailing address**<br>**Speed Tech Equipment**<br>**3364 Quincy Street**<br>**Hudsonville, MI 49426**<br><br>Date(s) debt was incurred  **2021-**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Suppplier**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,811.10** |

| | | |
|---|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address**<br>**Star Crane & Hoist**<br>**11340- 54th Avenue**<br>**Allendale, MI 49401**<br><br>Date(s) debt was incurred  **2020-**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,243.42** |

| | | |
|---|---|---|
| 3.74 | **Nonpriority creditor's name and mailing address**<br>**Sumitomo DEMAG**<br>**2022 Momentum Place**<br>**Chicago, IL 60689**<br><br>Date(s) debt was incurred  **2021-**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Supplier**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,648.00** |

Debtor **Antara Systems, LLC**                                      Case number (if known) _____
         _____
         Name

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $273.16 |
|---|---|---|---|

**Technology Partners Group**
PO Box 9007
Wyoming, MI 49509

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $216.20 |
|---|---|---|---|

**Teddy's Transport**
930 Interchange Drive
Holland, MI 49423

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $910.00 |
|---|---|---|---|

**The Retirement Advantage**
PO Box 825
Elm Grove, WI 53122

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $48,890.00 |
|---|---|---|---|

**Top One Mould**
Room 1701/1702, Building B
Tianxia Internation Center
Taoyuan Road, Nanshan District
Shenzhen City, Guangdong China

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $751.28 |
|---|---|---|---|

**Total Fire Protection**
5062 Kendrick Court
Grand Rapids, MI 49512

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $45,889.30 |
|---|---|---|---|

**Trans Overseas**
PO Box 847
Taylor, MI 48180

Date(s) debt was incurred  **2020-**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**U.S. Small Business Admin**
2 North Street, Suite 320
Birmingham, AL 35203

Date(s) debt was incurred  **5/2020-**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PPP Loan**
**\* Balance of loan $480,980**
**\*\*Application for forgiveness pending**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor    **Antara Systems, LLC**
_____    Case number (if known) _____
Name

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $499.06 |
|---|---|---|---|

**Uline**
**PO Box 88171**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim:  **Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,750.00 |
|---|---|---|---|

**Uniform Color**
**942 Brooks Ave**
**Holland, MI 49423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim:  **Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**VanValkenburg & Associates**
**2025 Beltline Ave SE**
**Suite 408**
**Grand Rapids, MI 49546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,724.41 |
|---|---|---|---|

**Vortec Tooling Solutions**
**201 W. Washington Ave**
**Zeeland, MI 49464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim:  **Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,512.00 |
|---|---|---|---|

**WB Pallets**
**4440 Chicago Ddrive**
**Hudsonville, MI 49426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim:  **Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $660.00 |
|---|---|---|---|

**West Michigan Precision**
**2500 Waldork Court NW**
**Hudsonville, MI 49426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim:  **Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,868.00 |
|---|---|---|---|

**Wittmann Battenfield, Inc.**
**1 Technology Park Drive**
**Torrington, CT 06790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020-**

Basis for the claim:  **Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Antara Systems, LLC**
_____    Case number (if known) _____
Name

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,675.50 |

**3.89** Nonpriority creditor's name and mailing address
**Workbox Staffing**
**1350 Scribner Ave**
**Grand Rapids, MI 49504**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$6,675.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** Nonpriority creditor's name and mailing address
**WW Granger, Inc.**
**Dept. 852910330**
**Palatine, IL 60038**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$120.48**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** Nonpriority creditor's name and mailing address
**Zatkoff Seals & Packagings**
**PO Box 486**
**Farmington, MI 48332**

Date(s) debt was incurred  **2020-**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$6,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Mark Sophiea**<br>**US Small Business Admin**<br>**477 Michigan Ave, Ste. 1819**<br>**Detroit, MI 48226** | Line  **3.81**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Synchrony Bank/Amazon**<br>**PO Box 960013**<br>**Orlando, FL 32896-0013** | Line  **3.12**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  **0.00** |
| **5b. Total claims from Part 2** | 5b.  + | $  **1,194,632.15** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $  **1,194,632.15** |

**Fill in this information to identify the case:**

Debtor name **Antara Systems, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Commercial Lease Agreement** | |
| State the term remaining | **Richard & Sharon Schrotenboer** |
| List the contract number of any government contract | **9036 New Holland** |
| | **Zeeland, MI 49464** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Monthly Printer Lease** | |
| State the term remaining — **Monthly** | **Technology Partners Group** |
| List the contract number of any government contract | **88- 54th Street SW** |
| | **Unit 106** |
| | **Grand Rapids, MI 49548** |

**Fill in this information to identify the case:**

Debtor name    **Antara Systems, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Reed E. Lawrie** | **5375 Edgeway Drive**<br>**Allendale, MI 49401** | **TCF, N.B.** | ■ D ___**2.3**___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Reed E. Lawrie** | **5375 Edgeway Drive**<br>**Allendale, MI 49401** | **TCF, N.B.** | ■ D ___**2.2**___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Reed E. Lawrie** | **5375 Edgeway Drive**<br>**Allendale, MI 49401** | **JimDi Receivables, Inc.** | ■ D ___**2.1**___<br>☐ E/F _____<br>☐ G _____ |

# United States Bankruptcy Court
## Western District of Michigan

In re    **Antara Systems, LLC**                Case No. _____

                            Debtor(s)            Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Aaron E Krul Irrevocable Trust**<br>**4525 Dow Ridge**<br>**Detroit, MI 48234** | | | **5% Membership** |
| **Joseph E. Krul Revocable Trust**<br>**4525 Dow Ridge**<br>**Detroit, MI 48234** | | | **5% Membership** |
| **Reed E. Lawrie**<br>**5375 Edgeway Drive**<br>**Allendale, MI 49401** | | | **90% Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **February 22, 2021**           Signature    **/s/ Reed E. Lawrie**

                                                   **Reed E. Lawrie**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Western District of Michigan**

In re   **Antara Systems, LLC**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **February 22, 2021**

**/s/ Reed E. Lawrie**
**Reed E. Lawrie/Managing Member**
Signer/Title

Date:   **February 22, 2021**

**/s/ A. Todd Almassian**
Signature of Attorney
**A. Todd Almassian P55467**
**Keller & Almassian, PLC**
**230 East Fulton**
**Grand Rapids, MI 49503**
**616-364-2100   Fax: 616-364-2200**

```
2K TOOL LLC
3025 MADISON AVE SE
GRAND RAPIDS MI 49548


AARDVARK PEST MANAGEMENT
2925 REMICO SW, SUITE B
GRANDVILLE MI 49418


ADVANTAGE INDUSTRIES
2196 PORT SHELDON ROAD
JENISON MI 49428


ADVANTAGE LABEL & PACKAGING
5575 EXECUTIVE PARKWAY
GRAND RAPIDS MI 49512


AIC EQUIPMENT & CONTROLS
PO BOX 675247
DETROIT MI 48267


AIRGAS SAFETY
PO BOX 734445
CHICAGO IL 60673


AJ PALLETS
9471 HENRY COURT
ZEELAND MI 49464


ALL PHASE HYDRAULICS & MACHINE
3364 QUINCY
HUDSONVILLE MI 49426


ALL-PRO PLUMBING
292 MAIN STREET
COOPERSVILLE MI 49404


ALLENDALE AUTO SUPPLY, INC.
5959 COLLECTIONS CENTER
CHICAGO IL 60693


ALLENDALE TRUE VALUE HARDWARE
5425 LAKE MICHIGAN DRIVE
ALLENDALE MI 49401
```

AMAZON BUSINESS
PO BOX 035184
SEATTLE WA 98124


AMCO PLASTIC MATERIALS, INC.
PO BOX 935387
ATLANTA GA 31193


ANGOLA WIRE PRODUCTS
803 WOHLERT STREET
ANGOLA IN 46703


ARVRON, INC.
4720 CLAY AVE SW
GRAND RAPIDS MI 49548


AXIS CONNECT
1 CHISHOLM TRAIL ROAD
SUITE 450
ROUND ROCK TX 78681


BIGELOW OUTDOOR SERVICES
PO BOX 27
COOPERSVILLE MI 49404


BOUWHUIS SUPPLY, INC.
4790 BOYD AVE NE
GRAND RAPIDS MI 49525


BRAVO SYSTEMS, INC.
300 ED LEBOEUF DRIVE
BATTLE CREEK MI 49037


BROADMOOR PRODUCTS, INC.
4201 BROCKTON DRIVE SE
GRAND RAPIDS MI 49512


BUCKEYE POLYMERS, INC.
104 LEE STREET
LODI OH 44254


CERTIFIED SCALES
4370 CHICAGO DRIVE, SUITE B
PMB #134
GRANDVILLE MI 49418

CHASE PLASTICS
6467 WALDON CENTER DRIVE
CLARKSTON MI 48346


CHOICE MOLD COMPONENTS INC.
44383 REYNOLDS DRIVE
CLINTON TOWNSHIP MI 48036


CHROMA COLOR CORPORATION
PO BOX 734198
CHICAGO IL 60673


CINTAS CORPORATION #301
PO BOX 630910
CINCINNATI OH 45263


CINTAS FIRST AID AND SAFETY
PO BOX 631025
CINCINNATI OH 45263


CLASSIC DIE, INC.
610 PLYMOUTH AVE NE
GRAND RAPIDS MI 49505


CONSUMERS ENERGY
PO BOX 74309
CINCINNATI OH 45274-0309


CRAFTED PLASTICS
PO BOX 327
SHEBOYGAN WI 53082


CRYSTAL FLASH
PO BOX 1804
GRAND RAPIDS MI 49501


DISCOUNT LOCK & DOOR
1382 BALDWIN STREET
JENISON MI 49428


EGL TECH, INC.
144 COOLIDGE AVE, SUITE 20
HOLLAND MI 49423

ENGINEERED PROTECTION SYSTEMS
750 FRONT AVE NW
SUITE 300
GRAND RAPIDS MI 49504


ENPOL ENGINEERING RESINS
6050 PEACHTREE PARKWAY
SUITE 240-211
NORCROSS GA 30092


GLOBAL SHOP
PO BOX 840929
DALLAS TX 75284


GREAT LAKES LANDSCAPES, LLC
9651 42ND AVE
JENISON MI 49428


HAVEN METROLOGY
1305 WOHLERT STREET
PO BOX 246
ANGOLA IN 46703


HD TOOLING & PRODUCT LTD
UNITS 1 & 2
DUNSWELL ROAD
COTTINGHAM
HU16 4JT


HERMAN MILLER
22764 NETWORK PLACE
CHICAGO IL 60673


HI-GRADE FASTENERS, INC.
PO BOX 134
COOPERSVILLE MI 49404


HOLLAND, INC.
27052 NETWORK PLACE
CHICAGO IL 60673


INTEGRITY BUSINESS SOLUTIONS
6548 SCHAMBER DRIVE
MUSKEGON MI 49444

IPEG, INC.
PO BOX 644537
PITTSBURGH PA 15264


JIMDI RECEIVABLES, INC.
C/O TIMOTHY A. HOESCH, ESQ.
HOESCH & VANDER PLOEG, PLC
51 EAST MAIN AVENUE
ZEELAND MI 49464


KCL GROUP BENEFITS
PO BOX 219846
KANSAS CITY MO 64121


LIFT TECH, INC.
PO BOX 9738
WYOMING MI 49509


LYDEN OIL COMPANY
16275 NATIONAL PARKWAY
LANSING MI 48906


M. HOLLAND COMPANY
75 REMITTANCE DRIVE
SUITE 6498
CHICAGO IL 60675


MALL CITY CONTAINERS
PO BOX 69
KALAMAZOO MI 49004


MARK SOPHIEA
US SMALL BUSINESS ADMIN
477 MICHIGAN AVE, STE. 1819
DETROIT MI 48226


MARVAL INDUSTRIES, INC.
315 HOYT AVE
MAMARONECK NY 10543


MED-1 BRETON
PO BOX 3319
GRAND RAPIDS MI 49501

```
MED-1 LEONARD
PO BOX 3320
GRAND RAPIDS MI 49501


MICHAEL L. SHIPARSKI
ASSISTANT US ATTORNEY
PO BOX 208
GRAND RAPIDS MI 49501


MULTI PACKAGING SOLUTIONS
75 REMITTANCE DRIVE
SUITE 3111
CHICAGO IL 60675


NEXEO SOLUTIONS
PO BOX 74007392
CHICAGO IL 60674


PAC CNC, INC.
4045 REMEMBRANCE ROAD NW
GRAND RAPIDS MI 49534


PCS COMPANY
DEPT. 771831
PO BOX 77000
DETROIT MI 48277


PEOPLE LINK STAFFING
DEPT CH 16410
PALATINE IL 60055


PLASTIC PROCESS EQUIPMENT, INC
PO BOX 670425
NORTHFIELD OH 44067


PLASTIC SELECTION GROUP
651-G LAKEVIEW PLAZA
COLUMBUS OH 43085


POTLUCK PICK-UP, INC.
PO BOX 507
ALLENDALE MI 49401
```

PRECISION COLOR COMPOUNDS
2617 MEYER ROAD
FORT WAYNE IN 46803


PRIORITY HEALTH
1231 E. BELTLINE NE
GRAND RAPIDS MI 49525


PRIORITY ONE PAYROLL SERVICE
PO BOX 320
ZEELAND MI 49464


PROTECH HEATING & COOLING
4065 REMEMBRANCE ROAD NW
GRAND RAPIDS MI 49534


RADICI PLASTICS USA INC.
960 SEVILLE ROAD
WADSWORTH OH 44281


REED E. LAWRIE
5375 EDGEWAY DRIVE
ALLENDALE MI 49401


RICHARD & SHARON SCHROTENBOER
9036 NEW HOLLAND
ZEELAND MI 49464


ROWLAND MOLD & MACHINE
9395 HENRY COURT
ZEELAND MI 49464


SAFETY SERVICES, IN.C
PO BOX 3539
KALAMAZOO MI 49003


SAWYER ENGINEERING
4090 CHICAGO DRIVE
HUDSONVILLE MI 49426


SHORELINE CONTAINER
PO BOX 772340
DETROIT MI 48277

SHUMAN PLASTICS
35 NEOGA STREET
BUFFALO NY 14043


SMART BUSINESS SOURCE
1940 NORTHWOOD DRIVE
TROY MI 48084


SPEED TECH EQUIPMENT
3364 QUINCY STREET
HUDSONVILLE MI 49426


STAR CRANE & HOIST
11340- 54TH AVENUE
ALLENDALE MI 49401


SUMITOMO DEMAG
2022 MOMENTUM PLACE
CHICAGO IL 60689


SYNCHRONY BANK/AMAZON
PO BOX 960013
ORLANDO FL 32896-0013


TCF, N.B.
333 EAST MAIN STREET
MIDLAND MI 48640


TECHNOLOGY PARTNERS GROUP
PO BOX 9007
WYOMING MI 49509


TECHNOLOGY PARTNERS GROUP
88- 54TH STREET SW
UNIT 106
GRAND RAPIDS MI 49548


TEDDY'S TRANSPORT
930 INTERCHANGE DRIVE
HOLLAND MI 49423


THE RETIREMENT ADVANTAGE
PO BOX 825
ELM GROVE WI 53122

```
TOP ONE MOULD
ROOM 1701/1702, BUILDING B
TIANXIA INTERNATION CENTER
TAOYUAN ROAD, NANSHAN DISTRICT
SHENZHEN CITY, GUANGDONG CHINA


TOTAL FIRE PROTECTION
5062 KENDRICK COURT
GRAND RAPIDS MI 49512


TRANS OVERSEAS
PO BOX 847
TAYLOR MI 48180


U.S. SMALL BUSINESS ADMIN
2 NORTH STREET, SUITE 320
BIRMINGHAM AL 35203


U.S. SMALL BUSINESS ADMIN
MICHIGAN DISTRICT OFFICE
477 MICHIGAN AVE, ROOM 515
DETROIT MI 48226


ULINE
PO BOX 88741
CHICAGO IL 60680


UNIFORM COLOR
942 BROOKS AVE
HOLLAND MI 49423


VANVALKENBURG & ASSOCIATES
2025 BELTLINE AVE SE
SUITE 408
GRAND RAPIDS MI 49546


VORTEC TOOLING SOLUTIONS
201 W. WASHINGTON AVE
ZEELAND MI 49464


WB PALLETS
4440 CHICAGO DDRIVE
HUDSONVILLE MI 49426
```

```
WEST MICHIGAN PRECISION
2500 WALDORK COURT NW
HUDSONVILLE MI 49426


WITTMANN BATTENFIELD, INC.
1 TECHNOLOGY PARK DRIVE
TORRINGTON CT 06790


WORKBOX STAFFING
1350 SCRIBNER AVE
GRAND RAPIDS MI 49504


WW GRANGER, INC.
DEPT. 852910330
PALATINE IL 60038


ZATKOFF SEALS & PACKAGINGS
PO BOX 486
FARMINGTON MI 48332
```

# United States Bankruptcy Court
## Western District of Michigan

In re    **Antara Systems, LLC**                                    Case No.
                                Debtor(s)                          Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Antara Systems, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 22, 2021**                                    **/s/ A. Todd Almassian**
Date                                                    **A. Todd Almassian P55467**
                                                        Signature of Attorney or Litigant
                                                        Counsel for    **Antara Systems, LLC**
                                                        **Keller & Almassian, PLC**
                                                        **230 East Fulton**
                                                        **Grand Rapids, MI 49503**
                                                        **616-364-2100 Fax:616-364-2200**
                                                        **ecf@kalawgr.com**